ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT

2007 MAY 23 P 12: 13

CLERK_____
_____ OF GA.

| | | |
|---|---|---|
| WILLIAM JASON SMITH, LUIS SALAMAN, ANTHONY BROWN, JAMES PFARNER, and SAMMY JACKSON, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CV 107-039 |
| COLUMBIA COUNTY DETENTION CENTER and SGT. FNU WILLIAMS, Caucasian Lady on 1st Shift, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiffs Luis Salaman, Anthony Brown, James Pfarner, and Sammy Jackson are **DISMISSED** from this action.

SO ORDERED this 22 day of May, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE